# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 2 0 2008
CLERK, U.S. DIST...
EASTERN DISTRICT OF CALIFORNIA
BY S. MARTIN
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** ) | |
| vs. ) | Case No. 08-0369 AWI |
| Terry Zane ) | 1:08-cr-0369 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Terry Zane____, have discussed with ____Montgomery L. Olson____, Pretrial Services Officer, modifications of my release conditions as follows:

The defendant will be temporarily removed from electronic monitoring, and placed on passive GPS tracking, from November 20, 2008, through December 1, 2008, to allow him to drive to and from his sister-in-law's residence in Washington.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  11-20-08           _[signature]_  11-20-08
Signature of Defendant   Date    Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                          11/20/08
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                          11/20/08
Signature of Defense Counsel                           Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on   11-20-08   .
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                          11-20-08
Signature of Judicial Officer                          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services