HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00369-NONE |
|---|---|---|
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| TERRY ZANE, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Terry Zane, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On March 23, 2009, Mr. Zane was sentenced to 78 months in custody followed by 120 months of supervised release. He began serving his term of supervised release on August 28, 2014. Mr. Zane submits the attached Financial Affidavit for the Court's consideration when determining whether he qualifies for appointed counsel.

DATED: March 25, 2021                                    */s/ Eric V Kersten*
                                                                          ERIC V. KERSTEN
                                                                          Assistant Federal Defender
                                                                          Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**March 25, 2021**__          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE