| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN # 122664 |
| | Federal Defender |
| 2 | CHRISTINA M. CORCORAN, SBN # 344683 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare St, Ste 330 |
| 4 | Fresno, CA 93721 |
| | Tel: 559-487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | TERRY ZANE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00369-JLT |
| Plaintiff, | MOTION TO UNSEAL COURT ORDER DENYING MOTION; ORDER |
| v. | |
| TERRY ZANE, | |
| Defendant. | |

Terry Zane, through undersigned counsel, respectfully requests to unseal this Court's order denying his motion for early termination of supervised release. ECF Dkt. #43. This motion is made pursuant to Local Rule 141 (f), and the government has no objection to this request.

The Court's order was redacted because it refers to the results of a forensic evaluation filed under seal. *See* Ex. B to Motion for Early Termination of Supervised Release. However, having reviewed the Court's sealed order, Mr. Zane respectfully requests that the Court's order be unsealed and the unredacted version be made available to the public. This request is made with good cause, at Mr. Zane's consent. The parties also recognize that unsealing the Court's order will facilitate the compilation of the appellate record and litigation process.

/ / /

/ / /

Dated: June 2, 2023.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for TERRY ZANE

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **June 2, 2023**

_____
UNITED STATES DISTRICT JUDGE